IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TILLMAN HENDERSON, | ) | 8:07CV384 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

Because Petitioner has not paid the filing fee or filed an application to proceed in forma pauperis (without payment of a fee),

IT IS ORDERED that:

1. The Clerk of the court shall send Petitioner an AO Form 240 application together with a copy of this order.
2. On or before November 12, 2007, Petitioner shall complete and return the AO Form 240 application to the Clerk or else pay a filing fee of $5.00.
3. If Petitioner does not return the completed form or pay the filing fee by such date, this case will be dismissed without prejudice and without further notice.
4. The Clerk is directed to set a pro se case management deadline in this case using the following text: "November 12, 2007: Petitioner's IFP application or filing fee payment due."
5. Upon timely receipt of a completed AO Form 240 application, the Clerk shall request a prisoner trust account statement from Petitioner's institution.

October 11, 2007.     BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge